RECEIVED

FEB - 2 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL G. HOSEY, ET AL. | MISC. CASE NO. 17-mc-10 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Russell G. Hosey, as Executor and Derivative Claimant, and Karen Martin and Angle Bartoszewicz, as Derivative Claimants, of the Estate of Delbert Hosey, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __2__ day of February, 2017.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE